Evan Livingstone SBN 252008
182 Farmers Ln, Ste 100A
Santa Rosa, CA 95405
Phone (707) 571-8600
Fax   (707) 676-9112

Email: evanlivingtone@sbcglobal.net

Attorney for Defendant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | |
|---|---|
| Ronald James Barbieri | Bankruptcy Case No. 09-12584 |
| Debtor | Chapter 7 |
| Judith Barbieri | Adversary Proceeding No. 09-01159 |
| Plaintiff | **ANSWER TO COMPLAINT** |
| Ronald James Barbieri | |
| Defendant | |

Ronald James Barbieri, Defendant herein, answers the Complaint on file herein as follows:

1. This answering Defendant admits the allegations contained in paragraphs 1 through 23 of the Complaint, except Defendant lacks sufficient information and belief to admit or deny some of the allegations contained in paragraphs 1, 10 and 19 of the Complaint and based thereon denies each and every allegation contained therein.

2. This answering Defendant denies the allegations set forth in paragraph 11 of the Complaint to the extent that Defendant did not deny ever having any interest in Starrett Hill, but rather stated that title to Starrett Hill was not in his name.

## FIRST AFFIRMATIVE DEFENSE

As and for a First Affirmative Defense, this answering Defendant alleges that the complaint fails to set forth sufficient facts upon which the relief sought may be granted under either 11 U.S.C. §523 or 11 U.S.C. §727.

## SECOND AFFIRMATIVE DEFENSE

As and for a Second Affirmative Defense, this answering Defendant alleges that the Plaintiff was informed, advised and knowledgeable concerning the extent and disposition of community assets during the course of the marriage and Defendant accurately disclosed all community assets during the dissolution.

## THIRD AFFIRMATIVE DEFENSE

As and for a Third Affirmative Defense, this answering Defendant alleges that any funds Defendant received from the disposition of community property were used for expenses of the community.

## FOURTH AFFIRMATIVE DEFENSE

As and for a Fourth Affirmative Defense, this answering Defendant alleges that even if Defendant had made a material misrepresentation to Plaintiff (which he did not), Plaintiff did not reasonably rely on Defendant's alleged misrepresentation to her detriment.

WHEREFORE, this answering Defendant prays that the Plaintiff take nothing by way of the Complaint on file herein, for reasonable attorneys fees, for costs of suit incurred herein, and for such other and further relief as the Court deems just and proper.

Dated: December 16, 2009

*Evan Livingstone*
by: Evan Livingstone
Attorneys for Ronald James Barbieri

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | |
| ) | |
|     Ronald James Barbieri ) | Bankruptcy Case No. 09-12584 |
| ) | |
|         Debtor ) | Chapter 7 |
| ) | |
|     Judith Barbieri ) | Adversary Proceeding No. 09-01159 |
| ) | |
|         Plaintiff ) | **Certificate of Service** |
| ) | |
|     Ronald James Barbieri ) | |
| ) | |
|         Defendant ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

    I certify that I served the following person by first class mail with a copy of the Answer to Complaint in this matter.

Morris J. Sorenson
717 College Ave, First Floor
Santa Rosa, CA 95404

Dated: December 16, 2009          _____
                                by:   Evan Livingstone